**Order entered June 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01316-CR

**BERNARD EUGENE BROOKINS, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83124-2017**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the February 21, 2019 motion of Maria Tu for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Maria Tu as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Bernard Eugene Brookins, Jr, TDCJ No. 02232157, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

/s/      ERIN A. NOWELL
         JUSTICE